UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WELLS FARGO ADVISORS, LLC,

                *Petitioner,*

    *-against-*

MARK P. SOLIMAN,

             *Respondent.*

------------------------------------------------------------X

15 Civ. 1139 (PAC) (GWG)

**AMENDED ORDER
ADOPTING REPORT &
RECOMMENDATION**

HONORABLE PAUL A. CROTTY, United States District Judge:

     This order amends the Court's Opinion & Order of November 4, 2015, that adopted in

full Magistrate Judge Gorenstein's Report & Recommendation of August 4, 2015. *See* Dkt. 12,

13. The November 4 Order provides for a monetary award, plus interest in favor of Petitioner.

Due to a typographical error, the November 4 Order incorrectly states that interest accrues from

March 8, 2014. That portion is amended to state that interest accrues from March 8, 2013, as

stated in the R&R and the underlying arbitration award. For clarity, the final paragraph of the

November 4 Order is amended to read:

        Since the Court adopts the R&R, the Clerk of Court is directed to enter
     judgment in favor of Petitioner in the amount of $167,855.21 plus interest of
     4.17% per annum on the amount of $145,329.21 from March 8, 2013 until the
     award is paid in full and statutory interest on the remaining amount of award,
     $22,526.00 from the date of the arbitration award, November 10, 2014, to the date
     of entry and such interest to continue to accrue until payment is made. The Clerk
     is also directed to close 15 cv 1139.

1

The Clerk is directed to enter amended judgment and terminate 15 cv 1139.

Dated: New York, New York
      January 19, 2016

SO ORDERED

PAUL A. CROTTY
United States District Judge